Núm. 7750.—PUEBLO, apldo. *v.* RODRÍGUEZ, aplte.—C. D. Ponce. Junio 5, 1939.

Celebrada hoy la vista de este caso con asistencia de ambas partes, la parte apelante, por su abogado, urgió la revocación alegando que la sentencia fué dictada sin jurisdicción por haber condenado al apelante sin que éste tuviera la asistencia de abogado. La parte apelada pidió a su vez la desestimación por falta de jurisdicción de este Tribunal por cuanto el escrito de apelación no fué notificado al fiscal de distrito. El Tribunal, oídos los informes, declaró con lugar la moción del fiscal y en su consecuencia desestimó el recurso por falta de jurisdicción.

Núm. 7711.—PUEBLO, apldo. *v.* CRUZ, aplte..—C. D. San Juan. Julio 11, 1939.

Núm. 7707.—PUEBLO, apldo. *v.* SANTIAGO, aplte.—C. D. San Juan. Julio 11, 1939.

(Por la Corte, a propuesta de sus Jueces Asociados Sres. Wolf y De Jesús, respectivamente.)

POR CUANTO, la vista de este caso en su fondo se señaló para el día 3 del actual;

POR CUANTO, al llamarse el caso comparecieron ambas partes, presentando en el acto el Fiscal de este Tribunal una moción solicitando que se desestimase el recurso por falta de jurisdicción en este Tribunal, toda vez que el escrito de apelación no había sido notificado al Fiscal de Distrito;

POR CUANTO, ambas partes fueron oídas acerca de dicha moción y efectivamente resulta de los autos que el escrito de apelación no fué notificado en ningún momento al fiscal de la corte inferior;

POR CUANTO, es éste un requisito jurisdiccional de acuerdo con el artículo 350 del Código de Enjuiciamiento Criminal;

POR TANTO, se desestima el recurso por falta de jurisdicción.

El Juez Asociado Sr. Travieso no intervino.